STEVEN C. SEEGER (IL Bar No. 6243849)
 seegers@sec.gov
STEVEN L. KLAWANS (IL Bar No. 6229593)
 klawanss@sec.gov
KARA M. WASHINGTON (IL Bar No. 6226335)
 washingtonk@sec.gov

Attorneys for Plaintiff
U.S. Securities and Exchange Commission
175 W. Jackson Boulevard, Suite 900
Chicago, Illinois 60604-2615
Phone: (312) 353-7390
Fax: (312) 353-7398

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JAUYO ("JASON") LEE and VICTOR CHEN, <br><br> Defendants, <br><br> and <br><br> JENNIFER CHEN, <br><br> Relief Defendant. | Civil Action No. C 12-5031 RS <br><br> **FINAL JUDGMENT AS TO RELIEF DEFENDANT JENNIFER CHEN** |

**FINAL JUDGMENT AS TO RELIEF DEFENDANT JENNIFER CHEN**

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Jennifer Chen ("Relief Defendant") having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right

to appeal from this Final Judgment:

**I.**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of $6,178.62, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $564.01. Relief Defendant shall satisfy this obligation by paying $6,742.63 to the Securities and Exchange Commission within 14 days after entry of this Final Judgment.

Relief Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Jennifer Chen as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant. The Commission shall send

1   the funds paid pursuant to this Final Judgment to the United States Treasury.

2       The Commission may enforce the Court's judgment for disgorgement and prejudgment
3   interest by moving for civil contempt (and/or through other collection procedures authorized by
4   law) at any time after 14 days following entry of this Final Judgment.  Relief Defendant shall pay
5   post judgment interest on any delinquent amounts pursuant to 28 U.S.C. §1961.

6                                         **II.**

7       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is
8   incorporated herein with the same force and effect as if fully set forth herein, and that Relief
9   Defendant shall comply with all of the undertakings and agreements set forth therein.

10                                        **III.**

11      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain
12  jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

13                                        **IV.**

14      There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil
15  Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

16

17  Dated:  __11/21_____, _2013_

18

19  _____
    UNITED STATES DISTRICT JUDGE

20